Order entered November 7, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01399-CV

**SEARCY FERGUSON AND THE ESTATE OF MARGARET MILLER, Appellants**

**V.**

**THE PLAZA HEALTH SERVICES AT EDGEMERE, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-13192**

## ORDER

The Court has before it appellant Searcy M. Ferguson's November 5, 2012 motion for extension of time to file his brief. Appellants' brief will be due thirty days after the record is filed. Accordingly, the motion is **DENIED** as premature.

MOLLY FRANCIS
JUSTICE